# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| United States of America | ) |
| v. | ) |
| (3) KEVIN JA'CORYEN JAMES FIELDS | ) |
| | ) Case No. 3:23-cr-176-3 |
| ———————————————— | ) |
| *Defendant* | ) |

**RECEIVED**
**UNITED STATES MARSHAL**

**3:37 pm, Aug 16 2023**

**WESTERN NORTH CAROLINA**
**CHARLOTTE**

FILED
Charlotte
Sep 28 2023
U.S. District Court
Western District of N.C.

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     (3) KEVIN JA'CORYEN JAMES FIELDS            ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Date: 8/15/2023

_____
*Issuing officer's signature*

City and state:     Charlotte, North Carolina

**KATHERINE H. SIMON, CLERK OF COURT**

*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* 08-16-23 , and the person was arrested on *(date)* 09-26-23 at *(city and state)* Charlotte NC . |
| Date: 09-26-23 |

_____
*Arresting officer's signature*

_____
*Printed name and title*