| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF APPEAL |
| REGINALD EUGENE HILL, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the Defendant, by and through undersigned counsel, and hereby gives Notice of Appeal to the Fourth Circuit Court of Appeals from his sentence imposed on January 16, 2025 in the above-captioned case.

This the 23rd day of January 2025.

s/Julia G. Mimms
JULIA G. MIMMS NC Bar #27978
Law Office of Julia G. Mimms, P. A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
(704) 333-1301 Telephone
jgmimms@mimmslawoffice.com

# CERTIFICATE OF SERVICE

I, Julia G. Mimms, do hereby certify that a copy of the foregoing Notice of

Appeal has been electronically mailed to:


William T. Bozin
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
william.bozin@usdoj.gov

Daniel Ryan
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
daniel.ryan@usdoj.gov


This the 23rd day of January 2025.


 s/Julia G. Mimms
JULIA G. MIMMS NC Bar #27978
Attorney for Defendant
Law Office of Julia G. Mimms, P. A.
1001 Elizabeth Avenue, Suite 1A
Charlotte, North Carolina 28204
(704) 333-1301 Telephone
(704) 333-1290 Fax
jgmassistant@bellsouth.net