FILED:  July 24, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4034
(3:23-cr-00176-MOC-SCR-5)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

REGINALD EUGENE HILL, JR.

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk